IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MORGAN BLEVINS                                    PLAINTIFF

V.                            NO. 11-5056

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration          DEFENDANT


**J U D G M E N T**


For reasons stated in the Memorandum Opinion of this date, the Court hereby reverses

the decision of the ALJ and remands this case to the Commissioner for further proceedings

consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g).  **The parties have**

**sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 26th day of June, 2012.



_/s/ Erin L. Setser_
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE